EDWARD G. FELTHOUSEN, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the terms of the lease were sufficiently comprehensive to relieve the defendant from liability for damages arising from the negligent operation of its train as found by the jury. All concurred.

HARRY KLONICK, Appellant, v. MORRIS ROSENBLOOM and Others, Respondents.— Judgment affirmed, with costs. All concurred.

LENA ECKHERT, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ANNA GERLACH, as Administratrix, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MINNIE B. EDWARDS, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concurred, except De Angelis, J., who dissented on the ground that it was error prejudicial to the defendant to permit witnesses called by the plaintiff to testify that the deceased *told them the cause* and the nature of what troubled him, in view of the statements of plaintiff's counsel in connection therewith; in permitting experts called by the plaintiff to express their opinions of the source of the infection which was claimed to have been the cause of the death of the deceased; and in permitting a witness to testify that he had been infected in the same manner as that in which the plaintiff claimed the deceased had been.

JOSEPH L. LAZARONY, Respondent, v. EDWARD S. MOSS, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

LLOYD BALLARD, Appellant, v. MARTIN F. HANLEY, Respondent Impleaded with TOWN OF CORNING.— Judgment reversed and new trial granted, with costs to appellant to abide the event. Held, that the plaintiff made a *prima facie* case requiring the submission of the issues to the determination of the jury. All concurred

JAMES H. SIMMONS, Appellant, v. WILL MCDONALD, Respondent.— Judgment affirmed, with costs. All concurred.

ANTONIO PAOLOZZI, Respondent, v. JOHN VISCOSI, Appellant.— Judgment and order affirmed, with costs. All concurred; De Angelis J., not sitting.

VINCENZO MARRONE, Appellant, v. FRANK PIAZZA, Respondent.— Judgment and order affirmed, with costs. All concurred; De Angelis, J., not sitting.

In the Matter of the Application of HENRY P. BURGARD COMPANY, Respondent, v. FRANCIS G. WARD, as Commissioner, etc., and Others, Appellants.— Order affirmed, with costs. All concurred; Lambert, J., not sitting.

JOHN N. EVINS, Appellant, v. CHARLES DONNELLY and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.